FILED

07/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0361

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Supreme Court Cause No. DA-24-0361

SUTEY OIL COMPANY, INC.

     Plaintiff/Appellee,

vs.                                                                                    ORDER

MONROE'S HIGH COUNTRY
TRAVEL PLAZA, LLC, a Montana
Limited Liability Company, and
MARVIN MONROE,

     Defendants/Appellants.

_____

Pursuant to Appellants' motion for an extension of time within which to file their opening brief, and good cause appearing, and all parties being in agreement,

IT IS HEREBY ORDERED that Appellants' motion for extension is GRANTED. Appellant has until August 5, 2024, within which to file their opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
July 3 2024